[No. 57069-2-I. Division One. May 29, 2007.]

SHEILA KEMBEL, *as Personal Representative, Appellant*, v.
THE CITY OF KENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-24712-0, James D. Cayce, J., entered May
30 and 31, July 18, September 16, and October 11, 2005.
*Affirmed* by unpublished opinion per Becker, J., concurred
in by Appelwick, C.J., and Dwyer, J.

[No. 57340-3-I. Division One. May 29, 2007.]

JEAN VELDWYK, *Appellant*, v. THE CITY OF SEATTLE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-11258-3, John P. Erlick, J., entered No-
vember 9, 2005. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Becker, J., concurred
in by Appelwick, C.J., and Dwyer, J.

[No. 57844-8-I. Division One. May 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ASSETA
TESSEMA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-10121-7, Julie Spector, J., entered Febru-
ary 16, 2006. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Schindler, A.C.J., and Becker, J. Now
published at 139 Wn. App. 483.

[No. 58236-4-I. Division One. May 29, 2007.]

LARRY K. HETTICK ET AL., *Appellants*, v. THE CITY OF SEATTLE
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-36701-6, Linda Lau, J., entered March 20
and April 17, 2006. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Grosse and Dwyer, JJ.